November 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JAVIER CRUZ, Appellant

NO. 14-13-00745-CR                                   V.

NO. 14-13-00746-CR

### THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED.** The Court orders the appeals **DISMISSED** in accordance with its opinion.

We further order appellant pay all costs expended in the appeals.

We further order the mandates be issued immediately.

We further order this decision certified below for observance.